**No. 43287.**—Protests 409345–G, etc., of American Shipping Co. et al. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of embroidered articles in part of braid, lace, or trimming the same as those passed upon in *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397), Normandy lace like that the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40), and filet lace like that the subject of *United States* v. *Jabara* (22 id. 77, T. D. 47065). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43288.**—Protest 90446–G of Grande Maison de Blanc, Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of Normandy lace like that the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43289.**—Protest 53585–G of H. L. Distiilator (New York).

Opinion by TILSON, J. It was stipulated that the merchandise is similar to that involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43290.**—Protest 34827–G of Morris Klipstein (New York).

Opinion by TILSON, J. It was stipulated that the merchandise is similar to that involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43291.**—Protest 16015–K of Ramallah Trading Co. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of couch covers similar to those the subject of *Hearn* v. *United States* (T. D. 44817). The claim at 40 percent under paragraph 911 (a) was therefore sustained.